UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBERT M. RYAN,

Plaintiff,

v.

Case No. 15-cv-14085
Hon. Terrence G. Berg

SOAVE ENTERPRISES LLC; THE EXECUTIVE RETIREMENT AGREEMENT, a pension plan sponsored by Soave Enterprises LLC; and ANTHONY SOAVE, the guarantor of the pension benefits under the Executive Retirement Agreement,

Defendants
_____________________________________ /

ANTHONY SOAVE,

Counterclaim Plaintiff
and Third Party Plaintiff

v.

ROBERT M. RYAN,

Counterclaim Defendant, and

DISPOSAL MANAGEMENT, LLC, a Michigan limited liability company,

Third Party Defendant
_____________________________________ /

**<u>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE</u>**

The parties having stipulated to the relief set forth herein and the Court being otherwise advised in the premises:

IT IS HEREBY ORDERED that this entire action, including the amended complaint and amended counterclaim and third party complaint, shall be and hereby is dismissed with prejudice and without costs or attorneys' fees to any party.

SO ORDERED.

Dated: December 20, 2016

s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

THE UNDERSIGNED HEREBY STIPULATE TO THE ENTRY OF THE FOREGOING ORDER:

| | |
|---|---|
| HERTZ SCHRAM PC | HONIGMAN MILLER SCHWARTZ AND COHN LLP |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Eva T. Cantarella (w/consent) | /s/ I. W. Winsten |